IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BONNIE FINKEL, as Chapter 7 Trustee** of the Estate of **LEONARD POLICHUK**, | : | **MISCELLANEOUS ACTION** |
| Plaintiff, | : | |
| v. | : | NO. 10-219 |
| **LEN POLICHUK**, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 8th day of June 2011, upon consideration of Motion for Leave to Appeal (Document No. 1, filed December 7, 2010), Plaintiff's Response in Opposition to Defendants' Motion for Leave to Appeal (Document No. 7, filed December 28, 2010), Defendants' Reply Brief in Support of the Motion for Leave to Appeal (Document No. 8, filed December 31, 2010) and Plaintiff's Sur-Reply Brief in Further Opposition to Moving Defendants' Motion for Leave to Appeal (Document No. 12, filed January 11, 2011), for the reasons set forth in the Memorandum dated June 8, 2011, **IT IS ORDERED** that Motion for Leave to Appeal (Document No. 1, filed December 7, 2010) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
JAN E. DUBOIS, J.